

Erin Cain
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Erin.Cain@lewisbrisbois.com
Direct: 646.989.9440

November 21, 2025

<u>VIA ECF</u>
Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Lisa Cantwell et al v. Jennifer Miller, Ltd.*
    Case No. 1:25-cv-2999-AMD-RML

Dear Judge Donnelly:

  I represent Defendant in this matter. I write with the consent of Plaintiff's counsel to advise that the parties have agreed to a confidential settlement in principle. A settlement agreement is being negotiated and the parties anticipate filing a proposed consent decree for Your Honor's approval within 30 days. Accordingly, we request that the Pre-Motion Conference scheduled for December 4, 2025, at 3:00 PM, per Your Honor's Order dated November 7, 2025, be adjourned *sine die*.

  Thank you for your attention to this matter.

            Very truly yours,

            /s/ Erin Cain

            Erin Cain for
            LEWIS BRISBOIS BISGAARD &
            SMITH LLP

cc: Counsel for Plaintiff (via ECF)